IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.                                              Case No.:        1:26-mj-00102-LRV

KENNETH ZUAMS CHUNGAG.

### MOTION TO MOFIDFY CONDITIONS OF RELEASE

Comes now, the defendant KENNETH ZUAMS CHUNGAG, by and through counsel and moves this Honorable Court to modify his conditions of release to permit him to utilize a computer at his employer for work or medical purposes only without the installation of computer monitoring software.  In support, counsel states the following:

1.  Mr. Chungag is currently on release with conditions.  Among other restrictions, he is prohibited from using a computer without the installation of computer monitoring software.

2.  Ms. Chungag's employment requires him to utilize a computer.  Further, Mr. Chungag desires to utilize a computer for medical purposes.

3.  The United States does not oppose the granting of this request.

I ASK FOR THIS:


By counsel


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, Virginia

(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for KENNETH ZUAMS CHUNGAG

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this June 19, 2026.


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for KENNETH ZUAMS CHUNGAG